0914RWSF.txt

```
 1          UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF MISSOURI
 2               EASTERN DIVISION

 3

 4

 5   RITA C. WORCH,            )
     JOSEPH A. WORCH,          )
 6                             )
            PLAINTIFFS,        ) CASE NO. 4:05CV1884-HEA
 7                             )
     vs.                       ) JURY TRIAL DEMANDED
 8                             )
     WOLPOFF & ABRAMSON, LLP,  )
 9   KEVIN S. GRILLION, and    )
     KELLERMAN INVESTIGATIONS, )
10   LTD.,                     )
            DEFENDANTS.        )

11

12
             DEPOSITION OF RITA C. WORCH
13        TAKEN BY MICHAEL J. PAYNE, ESQ.
           ON BEHALF OF THE DEFENDANTS
14              SEPTEMBER 14, 2006

15

16

17         REPORTED BY SUSAN M. FIALA
              CERTIFIED COURT REPORTER
18       REGISTERED PROFESSIONAL REPORTER

19

20

21       ATKINSON-BAKER COURT REPORTERS
         500 N. BRAND BLVD., THIRD FLOOR
22           GLENDALE, CALIFORNIA 91203
                 (800) 288-3376
23

24

25

                                              1
```



EXHIBIT A

15    you have any reason to dispute it?
16    A.    I don't know what the number was.
17    Q.    You don't know?
18    A.    I'm sorry. I don't know.
19    Q.    Okay. Are you aware that at some point you
20    became delinquent on your MBNA America bank card?
21    A.    Yes.
22    Q.    And you acknowledge that you owed -- and I'm
23    not talking about specific amounts right now, but
24    that you owed a debt as a result of your use of the
25    MBNA America bank card?

1    A.    Yes.
2    Q.    Okay. Are you aware that an arbitration
3    award has been entered?
4    A.    Yes.
5    Q.    Have you done anything to dispute the
6    arbitration award?
7    A.    No, I didn't.
8    Q.    Have you -- first of all, before today have
9    you ever heard of Wolpoff and Abramson, LLP?
10    A.    Yes.
11    Q.    When was the first time you heard of them?
12    A.    Back in November of 2004.
13    Q.    And how did you first hear of them?
14    A.    The very first time I heard of them was a
15    phone call that I received.
16    Q.    Did -- how do you know that the individual

14    A.    No.

15    Q.    At any point in this correspondence do you
16    request a verification of the debt or the account?

17    A.    Well, I told them I disputed it because
18    there was a lot of interest and fees. You know,
19    because they were starting to add on a lot of excess
20    fees.

21    Q.    But I think what I'm getting at is at any
22    point in this correspondence do you ask for a
23    verification of the debt or the account?

24    A.    I guess I thought I was in what I said, but
25    I mean, I don't actually come out and say it.

24

1    Q.    So that's not incor -- embodied in this
2    correspondence; a request for verification?

3    A.    Not in so many words, no.

4    Q.    Okay. In any words is there a request for a
5    verification in this letter?

6    A.    Well, I'm telling them I dispute the amount.
7    I guess in my mind that was -- but no, I don't
8    actually come out and say prove the debt.

9    Q.    Okay. Did you ever send any other
10    correspondence to Wolpoff and Abramson?

11    A.    Did I ever send any other correspondence? I
12    don't think I did, no.

13    Q.    Okay.

14    A.    I don't remember sending them anything from
15    myself, no.