Doc 1

Kellerman Investigations
21 Kingsley Way
Glen Carbon, IL 62034
Ph: 618.288.6662
Fax: 618.288.6668

S.S. [ ] Chk: #:
Orig. on File [ ]
Check w. Orig. [ ] Chk. #
Serv. Fee
Other Fees

Other Service:

# RETURN TO OFFICE BY: 07/06/2005

Received: 06/21/2005 @ 09:02:00

Recipient:
RITA WORCH
99 GRAND TETON DR
SAINT PETERS, MO, 63376
SAINT CHARLES County

SPECIAL INSTRUCTIONS: SERVE ANY CO-RESIDENT 18 YEARS OR OLDER ON THE 1ST ATTEMPT.

Type of Service: NATIONAL ARBITRATION FORUM CLAIM

Court: ROCKVILLE, MD

Plaintiff: MBNA AMERICA BANK, N.A. C/O WOLPOFF & ABRAMSON, L.L.P.

Defendant: RITA WORCH

Job #: 8609

Server: * KEVIN S. GRILLION *

Court Date: 07/13/2005 @ 09:00:00

Docket #: FA0503000442709

Cust. Ref#: 3667842

Date of Service: _____   Time of Service: _____

Person Served: _____   Relationship/Title: _____
Phone#: _____

Sex: ___  Skin Color: ___  Hair Color: ___  Age: ___  Height: ___  Weight: ___

ATTEMPTS

| Date | Time | Info |
|------|------|------|
|      |      |      |
|      |      |      |
|      |      |      |
|      |      |      |
|      |      |      |

Our Client: ABC LEGAL SERVICES (PFI)
633 YESLER WAY
SEATTLE WA 98104
Ph: 800-316-4830 — Fax: 800-734-6859
Occupation: LawFirm/Client

I ACKNOWLEDGE RECEIPT OF THE LEGAL DOCUMENTS LISTED ABOVE AND CONFIRM THAT THE NAMED PARTY IS NOT CURRENTLY IN ACTIVE MILITARY SERVICE. I FURTHER STATE I AM AUTHORIZED TO ACCEPT ALL LEGAL PROCESS ON BEHALF OF THE INTENDED RECIPIENT.

Rec'd By  X ............................................................

EXHIBIT C

0001

04/21/2006  14:43  206-521-2874   ABC LEGAL SERVICES   PAGE 02/02


3667842





Apr 21 2006

## Request For Process Service

| TO: | FROM: |
|---|---|
| KELLERMAN INVESTIGATIONS<br>21 KINGSLEY WAY<br>GLEN CARBON IL 62034<br>phone: 618-288-6662<br>fax: 618-288-6686<br>ONLINE $45-55, $ea.add | Dan Speck<br>1-800-941-2692<br>DSpeck@abclegal.com |

| SERVE: | |
|---|---|
| RITA WORCH | **PLEASE SERVE ASAP** |
| SSN#: 488609582   DOB: 11/03/1954 | **RETURN PROOF BY: Jul 18 2005** |
| SERVICE ADDRESS: | ALTERNATE ADDRESS: |
| 99 GRAND TETON DR<br>SAINT PETERS MO 63376 | NO ALTERNATE ADDRESS<br>Please Return a Confirmed Bad Address |

SPECIAL HANDLING, DESCRIPTION, AND OTHER INFORMATION

## DESCRIPTION IS REQUIRED ON PROOF OF SERVICE!!
### Notary Not Required

SERVICE INSTRUCTIONS:

**SERVE ANY CO-RESIDENT 18 YEARS OF AGE OR OLDER ON THE FIRST ATTEMPT.**

Service must be in-hand; drop service or posting WILL NOT BE ACCEPTED.

If the address is bad, invalid, or a private mailbox facility, RETURN WITH PROOF OF NON-SERVICE immediately. (There is no alternate address.)

## RETURN ALL PROOFS TO ABC LEGAL/PFI BY Jul 18 2005

633 Yesler Way Seattle, WA 98104   Fax 800 734-6859
www.abclegal.com  |  www.pfiserves.com

0002